# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**LUIS GARCIA**                                                                                    **PLAINTIFF**
**REG. #95616-279**

**v.**                              **CASE NO. 2:16-CV-00108 BSM**

**ANTHONY HAYNES, Warden,**
**Forrest City Correctional Complex, et al.**                             **DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 4] and objections filed by plaintiff Luis Garcia [Doc. No. 7] have been reviewed. After reviewing the record, the PRD is adopted. Accordingly, defendants Anthony Haynes and "Does" are dismissed without prejudice as defendants to this cause of action.

IT IS SO ORDERED this 3rd day of October 2016.

_____
UNITED STATES DISTRICT JUDGE